ESTADO LIBRE ASOCIADO DE PUERTO RICO
CORPORACIÓN PÚBLICA PARA LA SUPERVISIÓN Y SEGURO
DE COOPERATIVAS DE PUERTO RICO
(COSSEC)

**RESOLUCIÓN**

**POR CUANTO:** La Corporación Pública para la Supervisión y Seguro de Cooperativas de Puerto Rico (en adelante "COSSEC"), fue creada en virtud de la Ley Núm.114 de 17 de agosto de 2001, según enmendada, en adelante "Ley Núm. 114".

**POR CUANTO:** El Artículo 4(d)(10)(a) de la Ley Núm.114, impone a la Corporación la facultad de funcionar como organismo fiscalizador de las cooperativas, según fue enmendada recientemente por la Ley Número 247 de 10 de agosto de 2008, mejor conocida como "Ley Orgánica de la Comisión de Desarrollo Cooperativo de Puerto Rico", en adelante "Ley Núm. 247". Dicha Ley fue creada con el propósito de consolidar e integrar los promotores y reguladores gubernamentales con injerencia en los asuntos del cooperativismo con miras de que sean más ágiles y eficientes.

**POR CUANTO:** El Artículo 14 de la Ley Núm. 247 faculta a COSSEC actuar como Síndico Administrador o Liquidador de una cooperativa de tipo diverso. De igual forma, el Artículo 15 de dicha Ley transfiere todas las funciones y poderes de la Oficina del Inspector de Cooperativas a COSSEC.

**POR CUANTO:** El 25 de junio de 2009, COSSEC emitió una Orden Provisional de Administración contra la Cooperativa Consumidores del Noroeste, Inc., en virtud de la cual, advino su Síndico Administrador.

**POR CUANTO:** Dicha Orden Provisional de Administración en Sindicatura fue decretada permanente el 21 de agosto de 2009.

**POR TANTO:** Yo, José Antonio González Torres, en capacidad de Presidente Ejecutivo de COSSEC, en virtud de los poderes y autoridad que me concede la Ley, autorizo al Lcdo. Edgardo Mangual González a presentar, a nombre de la Cooperativa de Consumidores del Noroeste, Inc. una petición de quiebra ante el Tribunal de Quiebras, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, bajo el Capítulo 7 del Código de Quiebras.

**POR TANTO:** Esta Resolución se mantendrá en vigor hasta tanto sea revocada o sustituida por una posterior.

**EN TESTIMONIO DE LO CUAL**, expido la presente Resolución bajo mi firma y el sello de la Corporación Pública para la Supervisión y Seguro de Cooperativas de Puerto Rico, en la ciudad de San Juan, Puerto Rico, hoy 7 de octubre de 2009.

José A. González Torres, CPA, CFE
Presidente Ejecutivo